**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6994

RICKEY R. LLOYD,

Plaintiff - Appellant,

versus

NEW HANOVER COUNTY SHERIFF DEPARTMENT;
LIEUTENANT MURPHY; SIDNEY A. CAUSEY; CHIEF
PARKER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, Senior District Judge. (5:06-ct-03033-H)

Submitted: October 31, 2006      Decided: November 6, 2006

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rickey R. Lloyd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rickey R. Lloyd appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lloyd v. New Hanover County Sheriff Dep't, No. 5:06-ct-03033-H (E.D.N.C. May 16, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED